# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138955

CONNER CREEK ACADEMY EAST,
　　　　　Plaintiff-Appellee,

v

SC: 138955
COA: 289239
Macomb CC: 07-003891-CZ

SUPERINTENDENT OF PUBLIC
INSTRUCTION,
　　　　　Defendant-Appellee,

and

CITY OF WARREN,
　　　　　Defendant-Appellant.
_____/

　　　　On order of the Court, the application for leave to appeal the April 16, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk

d0831